CORA A. COUNTRYMAN, Appellant, *v.* DONALD H. BREEN, Respondent.

GERSHON J. COUNTRYMAN, Appellant, *v.* DONALD H. BREEN, Respondent.

(Argued September 30, 1935; decided October 15, 1935.)

*Loren E. Harter* for appellants.
*Francis E. Cullen* for respondent.

In each case, order affirmed, with costs. First question certified answered in the negative. Second question certified not answered. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGH-RAN and FINCH, JJ. Dissenting: CRANE, Ch. J.